# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHRISTOPHER WAYNE BOWMAN,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                     5:06CV67

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2006 Order.

                                          Signed: June 5, 2006

                                          Frank G. Johns, Clerk
                                          United States District Court