IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CV67-V-01

| | |
|---|---|
| CHRISTOPHER WAYNE BOWMAN, )<br>)<br>    Petitioner, )<br>)<br>        v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court for consideration of Petitioner's Motion for Transcripts, filed June 12, 2006.

Petitioner requests the transcripts of his sentence hearing "in order to proceed with [his] appeal." Petitioner has no appeal currently pending. On June 5, 2006, however, this Court dismissed Petitioner's Motion to Vacate under 28 U.S.C. § 2255. Petitioner's Motion to Vacate was dismissed solely for violating the statute of limitations, and as a result sentencing transcripts are not relevant to the dismissal. Consequently, his request for transcripts to pursue an appeal is denied.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for Transcripts is **DENIED**.

Signed: June 26, 2006

Richard L. Voorhees
United States District Judge